AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>FRIEDMAN, BERNARD A | 2. Court or Organization<br><br>EASTERN DISTRICT OF MICHIGAN | 3. Date of Report<br><br>05/12/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE U. S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>100 UNITED STATES COURTHOUSE<br>231 WEST LAFAYETTE BOULEVARD<br>DETROIT, MICHIGAN 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of the Board | Children's Hospital of Michigan |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1982-pre | State of Michigan 48th District Court Pension Fund |
| 2. | |
| 3. | |

RECEIVED 2018 MAY 15 P 2: 21 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 05/12/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | ▮▮▮▮ | Self-Employed Psychological Practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA AND PENSION ACCOUNT: 48TH DISTRICT COURT | | None | | | (Heading) | | | | |
| 2. Large Cap Blend/Victor Fund | A | Dividend | M | T | | | | | |
| 3. AIM Fund | A | Dividend | J | T | | | | | |
| 4. Templeton Foreign Fund | A | Dividend | K | T | | | | | |
| 5. STATE OF MICHIGAN 401 K | | None | | | (Heading) | | | | |
| 6. Dodge & Cox Stock Fund | A | Dividend | K | T | | | | | |
| 7. Am Fund Euro-Pacific | A | Dividend | J | T | | | | | |
| 8. Legg Mason Lg. Cap. (formerly Fidelity Magellan) | A | Dividend | J | T | | | | | State chg'd from Fidelity |
| 9. Fidelity Fund Manager Program Portfolio Advisory | C | Div. | N | T | | | | | |
| 10. Lloyd's Mobile Home Ltd. P'ship Int. | B | Distribution | K | W | | | | | |
| 11. Archwood Apt. Assoc. Ltd. Partnership Interest | B | Distribution | K | W | | | | | |
| 12. Lighthouse Pte. Apt. Project Limited Partners | A | Distribution | K | W | | | | | |
| 13. Weathervane Apt. Assoc., a Ltd. Partnership | A | Distribution | K | W | | | | | |
| 14. Bellridge Apartment Assoc., Limited Partnership | A | Distribution | K | W | | | | | |
| 15. Kingsborough Ltd. P/S in Mobile Home Park | B | Distribution | K | W | | | | | |
| 16. Vista Del Sol Ltd. P/S in Mobile Home Park | B | Distribution | K | W | | | | | |
| 17. High Country, Ltd. | B | Distribution | K | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. OLTC, Ltd. | A | Distribution | K | W | | | | | |
| 19. 29180 Van Born LLL | A | Distribution | L | W | | | | | |
| 20. Bank One | B | Dividend | J | T | | | | | |
| 21. Certificates of Deposit and Regular Savings | C | Interest | K | T | | | | | |
| 22. Nationwise Ins. Co. | A | Interest | L | T | | | | | |
| 23. U. S. Savings Bonds | B | Interest | K | T | | | | | |
| 24. (CAPTION) COMMON STOCKS | | None | | | (Heading) | | | | |
| 25. Pepsico | B | Dividend | N | T | | | | | |
| 26. Disney | A | Dividend | J | T | | | | | |
| 27. Kellogg | A | Dividend | K | T | | | | | |
| 28. Lockheed Martin | A | Dividend | J | T | | | | | |
| 29. CMS Energy | A | Dividend | J | T | | | | | |
| 30. NCR | A | Dividend | J | T | | | | | |
| 31. Teradata Corporation | | None | J | T | Spinoff | 9-30 | J | | NCR Corp. |
| 32. Target | A | Dividend | J | T | | | | | |
| 33. Wal-Mart | A | Dividend | J | T | | | | | |
| 34. Glimcher Realty Trust | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Lehman Bros. Holding | A | Dividend | J | T | | | | | |
| 36. U. S. Bancorp | A | Dividend | J | T | | | | | |
| 37. Magellan Fund - Fidelity | A | Interest | J | T | | | | | |
| 38. (CAPTION) MUNICIPAL BONDS | | None | | | (Heading) | | | | |
| 39. Roseville MI Com. Schools | A | Interest | J | T | | | | | |
| 40. Huron Valley School Dist | A | Interest | | | Redeemed | 5-1 | K | | Merrill Lynch |
| 41. Anmadami Schools | A | Interest | | | Redeemed | 5-1 | L | | Merrill Lynch |
| 42. Rochester Hills MI Cap | A | Interest | L | T | | | | | |
| 43. Manistee MI Public Schools | A | Interest | K | T | | | | | |
| 44. MI Mun Bd. Auth Rev | A | Interest | K | T | | | | | |
| 45. Milan MI Schools | A | Interest | K | T | | | | | |
| 46. Detroit/Wayne County | A | Interest | K | T | Inherited | 6-15 | K | | Merrill Lynch |
| 47. Detroit Michigan School District | A | Interest | L | T | Inherited | 6-15 | K | | Merrill Lynch |
| 48. Michigan Comprehensive | A | Interest | J | T | Inherited | 6-15 | K | | Merrill Lynch |
| 49. White Cloud Michigan Public Schools | A | Interest | K | T | Inherited | 6-15 | K | | Merrill Lynch |
| 50. CD Merrill Lynch | A | Dividend | L | T | | | | | |
| 51. CD Western Bank of PR | A | Interest | J | T | Buy | 5-7 | J | | Merrill Lynch |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CD 1st Bank of PR | A | Interest | K | T | Buy | 5-7 | K | | Merrill Lynch |
| 53. (CAPTION) IRAs and SEPs | | None | | | (Heading) | | | | |
| 54. (CAPTION) FIDELITY CORP. IRA | | None | | | (Heading) | | | | |
| 55. Diversified International | A | Dividend | J | T | | | | | |
| 56. Appreciation Fund | A | Dividend | K | T | | | | | |
| 57. Stock Selector Fund | A | Dividend | J | T | | | | | |
| 58. Magellan | A | Dividend | J | T | | | | | |
| 59. (CAPTION) FIDELITY SEP/IRA | | None | | | (Heading) | | | | |
| 60. Fidelity Canada | A | Dividend | J | T | | | | | |
| 61. Contrafund | A | Dividend | J | T | | | | | |
| 62. Fidelity Bal | A | Dividend | J | T | | | | | |
| 63. Fidelity Growth & Income | A | Dividend | J | T | | | | | |
| 64. Alpine Realty Income | A | Dividend | J | T | | | | | |
| 65. Fidelity International Disc. | A | Dividend | J | T | | | | | |
| 66. Newberger Brennan P/S (*error - bought 11-30-05) | A | Dividend | J | T | | | | | |
| 67. Janus Fund | A | Dividend | J | T | | | | | |
| 68. American Century IRA/S & F | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | ●=Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. (CAPTION) T. ROWE PRICE SEP/IRA | | None | | | (Heading) | | | | |
| 70. Capital Appreciation | A | Dividend | J | T | | | | | |
| 71. (CAPTION) COMMON STOCK HELD BY WACHOVIA | | None | | | (Heading) | | | | |
| 72. Abbott Labs | A | Dividend | L | T | | | | | |
| 73. Air Products & Chem. | A | Dividend | K | T | | | | | |
| 74. Alcatel - Lucent | A | Dividend | J | T | | | | | |
| 75. American International Group | A | Dividend | M | T | | | | | |
| 76. Archer Daniels Midland | A | Dividend | J | T | | | | | |
| 77. Arkema | A | Dividend | J | T | Spinoff | 4-12 | J | | Total Fina |
| 78. AT&T | A | Dividend | K | T | | | | | |
| 79. Autoliv, Inc. | A | Dividend | J | T | | | | | |
| 80. Avaya | A | Dividend | | | Redeemed | 10-26 | J | A | Wachovia Securities |
| 81. Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 82. CISCO Systems | A | Dividend | K | T | | | | | |
| 83. Citadel Broadcasting | A | Dividend | J | T | Spinoff | 6-14 | J | | Wachovia Securities |
| 84. Coca-Cola | A | Dividend | K | T | | | | | |
| 85. Comcast Corp New A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Covidien, Ltd. | A | Dividend | J | T | Spinoff | 2-8 | J | | Tyco |
| 87. EDS | A | Dividend | J | T | | | | | |
| 88. Exxon Mobil Corp. | A | Dividend | L | T | | | | | |
| 89. Fifth Third Bank | A | Dividend | J | T | | | | | |
| 90. Gannett Co. | A | Dividend | K | T | | | | | |
| 91. Gartner Group - B | A | Dividend | J | T | | | | | |
| 92. General Electric | A | Dividend | L | T | | | | | |
| 93. General Mills | A | Dividend | K | T | | | | | |
| 94. Halliburton | A | Dividend | J | T | | | | | |
| 95. Home Depot | A | Dividend | J | T | | | | | |
| 96. Hospira Inc. | A | Dividend | J | T | | | | | |
| 97. IMS | A | Dividend | J | T | | | | | |
| 98. Intel Corp. | A | Dividend | L | T | | | | | |
| 99. IBM | A | Dividend | M | T | | | | | |
| 100. Iomega Corp. | A | Dividend | J | T | | | | | |
| 101. Janus Cap Group, Inc. | A | Dividend | J | T | | | | | |
| 102. Johnson & Johnson | A | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  J. P. Morgan Chase | A | Dividend | L | T | | | | | |
| 104.  Kimberly Clark | A | Dividend | K | T | | | | | |
| 105.  Limited | A | Dividend | J | T | | | | | |
| 106.  Logic Corp (LSI) | A | Dividend | J | T | | | | | |
| 107.  Masco Corp. | A | Dividend | J | T | | | | | |
| 108.  McDonald's Corp. | A | Dividend | K | T | | | | | |
| 109.  Medco Health Solutions | A | Dividend | J | T | | | | | |
| 110.  Merck & Co. | B | Dividend | L | T | | | | | |
| 111.  Motorola | A | Dividend | M | T | | | | | |
| 112.  Neenah Paper, Inc. | A | Dividend | J | T | | | | | |
| 113.  Perot Systems | A | Dividend | J | T | | | | | |
| 114.  Pitney Bowes | A | Dividend | J | T | | | | | |
| 115.  Prudential Financial | A | Dividend | J | T | | | | | |
| 116.  Rohm & Hass Co. | A | Dividend | J | T | | | | | |
| 117.  Royal Dutch Petroleum | A | Dividend | K | T | | | | | |
| 118.  Sysco Corp. | A | Dividend | L | T | | | | | |
| 119.  Time Warner | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Tween Brands | A | Dividend | J | T | | | | | |
| 121. Total Fina | A | Dividend | K | T | | | | | |
| 122. Tyco International | A | Dividend | K | T | | | | | |
| 123. Wachovia Corp. | A | Dividend | L | T | | | | | |
| 124. Walgreen | A | Dividend | J | T | | | | | |
| 125. Walt Disney | A | Dividend | K | T | | | | | |
| 126. Whole Foods | A | Dividend | J | T | | | | | |
| 127. Zimmer Holdings | A | Dividend | J | T | | | | | |
| 128. 3 M Co. | A | Dividend | K | T | | | | | |
| 129. COLUMBIA SPECIAL FUND | A | Dividend | J | T | Exchange | 8-21 | J | | Wachovia Securities |
| 130. JANUS OVERSEAS FUND | A | Dividend | J | T | | | | | |
| 131. R S EMERGING GROWTH | A | Dividend | J | T | Exchange | 8-21 | J | | Wachovia Securities |
| 132. American Inv FDS European Growth | A | Dividend | K | T | Buy | 4-1 | K | | Wachovia Securities |
| 133. Columbia FDS Ser Mid Cap Growth | A | Dividend | J | T | Exchange | 8-21 | J | | Wachovia Securities |
| 134. Federated Kaufman | A | Dividend | J | T | Buy | 4-1 | J | | Wachovia Securities |
| 135. R S Value Fund | A | Dividend | J | T | Exchange | 8-21 | J | | Wachovia Securities |
| 136. (CAPTION) J. P. MORGAN | | None | | | (Heading) | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  J. P. Morgan  Mid-Cap Value Fund | A | Dividend | K | T | | | | | |
| 138.  J. P. Morgan Intrep. Mid-Cap | A | Dividend | K | T | | | | | |
| 139.  J. P. Morgan Small Cap Value Fund | A | Dividend | K | T | | | | | |
| 140.  J. P. Morgan International Fund | A | Dividend | J | T | | | | | |
| 141.  (CAPTION) VANGUARD | | None | | | (Heading) | | | | |
| 142.  Growth Index Fund | A | Dividend | J | T | | | | | |
| 143.  FIDELITY PORTFOLIO FND. MGR ACCT. (NO CONTROL/ASSET SELEC.) | C | Dividend | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

█████████ I are trustees of an Irrevocable Living Trust created January 19, 1990, by █████████ for the sole purpose of owning an insurance policy on their lives.

Please note that the funds listed on lines 2 and 3 of Part VII were funds substituted by the Pension Plan and were not noticed last reporting period.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



S

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

*AO·10*
*Rev. 1/2008*

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

## AMENDED

| 1. Person Reporting (last name, first, middle initial)<br><br>FRIEDMAN, BERNARD A | 2. Court or Organization<br><br>EASTERN DISTRICT OF MICHIGAN | 3. Date of Report<br><br>05/12/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE U. S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>100 UNITED STATES COURTHOUSE<br>231 WEST LAFAYETTE BOULEVARD<br>DETROIT, MICHIGAN 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of the Board | Children's Hospital of Michigan |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1982-pre | State of Michigan 48th District Court Pension Fund |
| 2. | | |
| 3. | | |

RECEIVED 2008 JUL -3 A 10: 57 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/1-12/31 | Self-Employed Psychological Practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS _-- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA AND PENSION ACCOUNT: 48TH DISTRICT COURT | | None | | | (Heading) | | | | |
| 2. Large Cap Blend/Victor Fund | A | Dividend | M | T | | | | | |
| 3. AIM Fund | A | Dividend | J | T | | | | | |
| 4. Templeton Foreign Fund | A | Dividend | K | T | | | | | |
| 5. STATE OF MICHIGAN 401 K | | None | | | (Heading) | | | | |
| 6. Dodge & Cox Stock Fund | A | Dividend | K | T | | | | | |
| 7. Am Fund Euro-Pacific | A | Dividend | J | T | | | | | |
| 8. Legg Mason Lg. Cap. (formerly Fidelity Magellan) | A | Dividend | J | T | | | | | State chg'd from Fidelity |
| 9. Fidelity Fund Manager Program Portfolio Advisory | C | Div. | N | T | | | | | |
| 10. Lloyd's Mobile Home Ltd. P'ship Int. | B | Distribution | K | W | | | | | |
| 11. Archwood Apt. Assoc. Ltd. Partnership Interest | B | Distribution | K | W | | | | | |
| 12. Lighthouse Pte. Apt. Project Limited Partners | A | Distribution | K | W | | | | | |
| 13. Weathervane Apt. Assoc., a Ltd. Partnership | A | Distribution | K | W | | | | | |
| 14. Bellridge Apartment Assoc., Limited Partnership | A | Distribution | K | W | | | | | |
| 15. Kingsborough Ltd. P/S in Mobile Home Park | B | Distribution | K | W | | | | | |
| 16. Vista Del Sol Ltd. P/S in Mobile Home Park | B | Distribution | K | W | | | | | |
| 17. High Country, Ltd. | B | Distribution | K | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. OLTC, Ltd. | A | Distribution | K | W | | | | | |
| 19. 29180 Van Born LLL | A | Distribution | L | W | | | | | |
| 20. Bank One | B | Dividend | J | T | | | | | |
| 21. Certificates of Deposit/Regular Savings - JP Morgan Chase | C | Interest | K | T | | | | | |
| 22. Nationwise Ins. Co. | A | Interest | L | T | | | | | |
| 23. U. S. Savings Bonds | B | Interest | K | T | | | | | |
| 24. (CAPTION) COMMON STOCKS | | None | | | (Heading) | | | | |
| 25. Pepsico | B | Dividend | N | T | | | | | |
| 26. Disney | A | Dividend | J | T | | | | | |
| 27. Kellogg | A | Dividend | K | T | | | | | |
| 28. Lockheed Martin | A | Dividend | J | T | | | | | |
| 29. CMS Energy | A | Dividend | J | T | | | | | |
| 30. NCR | A | Dividend | J | T | | | | | |
| 31. Teradata Corporation | | None | J | T | Spinoff | 9-30 | J | | NCR Corp. |
| 32. Target | A | Dividend | J | T | | | | | |
| 33. Wal-Mart | A | Dividend | J | T | | | | | |
| 34. Glimcher Realty Trust | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Lehman Bros. Holding | A | Dividend | J | T | | | | | |
| 36. U. S. Bancorp | A | Dividend | J | T | | | | | |
| 37. Magellan Fund - Fidelity | A | Interest | J | T | | | | | |
| 38. (CAPTION) MUNICIPAL BONDS | | None | | | (Heading) | | | | |
| 39. Roseville MI Com. Schools | A | Interest | J | T | | | | | |
| 40. Huron Valley School Dist | A | Interest | | | Redeemed | 5-1 | K | | Merrill Lynch |
| 41. Anmadami Schools | A | Interest | | | Redeemed | 5-1 | L | | Merrill Lynch |
| 42. Rochester Hills MI Cap | A | Interest | L | T | | | | | |
| 43. Manistee MI Public Schools | A | Interest | K | T | | | | | |
| 44. MI Mun Bd. Auth Rev | A | Interest | K | T | | | | | |
| 45. Milan MI Schools | A | Interest | K | T | | | | | |
| 46. Detroit/Wayne County | A | Interest | K | T | Inherited | 6-15 | K | | Merrill Lynch |
| 47. Detroit Michigan School District | A | Interest | L | T | Inherited | 6-15 | K | | Merrill Lynch |
| 48. Michigan Comprehensive | A | Interest | J | T | Inherited | 6-15 | K | | Merrill Lynch |
| 49. White Cloud Michigan Public Schools | A | Interest | K | T | Inherited | 6-15 | K | | Merrill Lynch |
| 50. CD Merrill Lynch | A | Dividend | L | T | | | | | |
| 51. CD Western Bank of PR | A | Interest | J | T | Buy | 5-7 | J | | Merrill Lynch |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,900 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CD 1st Bank of PR | A | Interest | K | T | Buy | 5-7 | K | | Merrill Lynch |
| 53. (CAPTION) IRAs and SEPs | | None | | | (Heading) | | | | |
| 54. (CAPTION) FIDELITY CORP. IRA | | None | | | (Heading) | | | | |
| 55. Diversified International | A | Dividend | J | T | | | | | |
| 56. Appreciation Fund | A | Dividend | K | T | | | | | |
| 57. Stock Selector Fund | A | Dividend | J | T | | | | | |
| 58. Magellan | A | Dividend | J | T | | | | | |
| 59. (CAPTION) FIDELITY SEP/IRA | | None | | | (Heading) | | | | |
| 60. Fidelity Canada | A | Dividend | J | T | | | | | |
| 61. Contrafund | A | Dividend | J | T | | | | | |
| 62. Fidelity Bal | A | Dividend | J | T | | | | | |
| 63. Fidelity Growth & Income | A | Dividend | J | T | | | | | |
| 64. Alpine Realty Income | A | Dividend | J | T | | | | | |
| 65. Fidelity International Disc. | A | Dividend | J | T | | | | | |
| 66. Newberger Brennan P/S (*error - bought 11-30-05) | A | Dividend | J | T | | | | | |
| 67. Janus Fund | A | Dividend | J | T | | | | | |
| 68. American Century IRA/S & F | A | Dividend | J | T | | | | | Error - not reported 2006 |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)
   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes (See Column C2)
   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. (CAPTION) T. ROWE PRICE SEP/IRA | | None | | | (Heading) | | | | |
| 70. Capital Appreciation | A | Dividend | J | T | | | | | |
| 71. (CAPTION) COMMON STOCK HELD BY WACHOVIA | | None | | | (Heading) | | | | |
| 72. Abbott Labs | A | Dividend | L | T | | | | | |
| 73. Air Products & Chem. | A | Dividend | K | T | | | | | |
| 74. Alcatel - Lucent | A | Dividend | J | T | | | | | |
| 75. American International Group | A | Dividend | M | T | | | | | |
| 76. Archer Daniels Midland | A | Dividend | J | T | | | | | |
| 77. Arkema | A | Dividend | J | T | Spinoff | 4-12 | J | | Total Fina |
| 78. AT&T | A | Dividend | K | T | | | | | |
| 79. Autoliv, Inc. | A | Dividend | J | T | | | | | |
| 80. Avaya | A | Dividend | | | Redeemed | 10-26 | J | A | Wachovia Securities |
| 81. Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 82. CISCO Systems | A | Dividend | K | T | | | | | |
| 83. Citadel Broadcasting | A | Dividend | J | T | Spinoff | 6-14 | J | | Wachovia Securities |
| 84. Coca-Cola | A | Dividend | K | T | | | | | |
| 85. Comcast Corp New A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Covidien, Ltd. | A | Dividend | J | T | Spinoff | 2-8 | J | | Tyco |
| 87. EDS | A | Dividend | J | T | | | | | |
| 88. Exxon Mobil Corp. | A | Dividend | L | T | | | | | |
| 89. Fifth Third Bank | A | Dividend | J | T | | | | | |
| 90. Gannett Co. | A | Dividend | K | T | | | | | |
| 91. Gartner Group - B | A | Dividend | J | T | | | | | |
| 92. General Electric | A | Dividend | L | T | | | | | |
| 93. General Mills | A | Dividend | K | T | | | | | |
| 94. Halliburton | A | Dividend | J | T | | | | | |
| 95. Home Depot | A | Dividend | J | T | | | | | |
| 96. Hospira Inc. | A | Dividend | J | T | | | | | |
| 97. IMS | A | Dividend | J | T | | | | | |
| 98. Intel Corp. | A | Dividend | L | T | | | | | |
| 99. IBM | A | Dividend | M | T | | | | | |
| 100. Iomega Corp. | A | Dividend | J | T | | | | | |
| 101. Janus Cap Group, Inc. | A | Dividend | J | T | | | | | |
| 102. Johnson & Johnson | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. J. P. Morgan Chase | A | Dividend | L | T | | | | | |
| 104. Kimberly Clark | A | Dividend | K | T | | | | | |
| 105. Limited | A | Dividend | J | T | | | | | |
| 106. Logic Corp (LSI) | A | Dividend | J | T | | | | | |
| 107. Masco Corp. | A | Dividend | J | T | | | | | |
| 108. McDonald's Corp. | A | Dividend | K | T | | | | | |
| 109. Medco Health Solutions | A | Dividend | J | T | | | | | |
| 110. Merck & Co. | B | Dividend | L | T | | | | | |
| 111. Motorola | A | Dividend | M | T | | | | | |
| 112. Neenah Paper, Inc. | A | Dividend | J | T | | | | | |
| 113. Perot Systems | A | Dividend | J | T | | | | | |
| 114. Pitney Bowes | A | Dividend | J | T | | | | | |
| 115. Prudential Financial | A | Dividend | J | T | | | | | |
| 116. Rohm & Hass Co. | A | Dividend | J | T | | | | | |
| 117. Royal Dutch Petroleum | A | Dividend | K | T | | | | | |
| 118. Sysco Corp. | A | Dividend | L | T | | | | | |
| 119. Time Warner | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,000 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120.  Tween Brands | A | Dividend | J | T | | | | | |
| 121.  Total Fina | A | Dividend | K | T | | | | | |
| 122.  Tyco International | A | Dividend | K | T | | | | | |
| 123.  Wachovia Corp. | A | Dividend | L | T | | | | | |
| 124.  Walgreen | A | Dividend | J | T | | | | | |
| 125.  Walt Disney | A | Dividend | K | T | | | | | |
| 126.  Whole Foods | A | Dividend | J | T | | | | | |
| 127.  Zimmer Holdings | A | Dividend | J | T | | | | | |
| 128.  3 M Co. | A | Dividend | K | T | | | | | |
| 129.  COLUMBIA SPECIAL FUND | A | Dividend | J | T | Exchange | 8-21 | J | | Wachovia Securities |
| 130.  JANUS OVERSEAS FUND | A | Dividend | J | T | | | | | |
| 131.  R S EMERGING GROWTH | A | Dividend | J | T | Exchange | 8-21 | J | | Wachovia Securities |
| 132.  American Inv FDS European Growth | A | Dividend | K | T | Buy | 4-1 | K | | Wachovia Securities |
| 133.  Columbia FDS Ser Mid Cap Growth | A | Dividend | J | T | Exchange | 8-21 | J | | Wachovia Securities |
| 134.  Federated Kaufman | A | Dividend | J | T | Buy | 4-1 | J | | Wachovia Securities |
| 135.  R S Value Fund | A | Dividend | J | T | Exchange | 8-21 | J | | Wachovia Securities |
| 136.  (CAPTION) J. P. MORGAN | | None | | | (Heading) | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. J. P. Morgan Mid-Cap Value Fund | A | Dividend | K | T | | | | | |
| 138. J. P. Morgan Intrep. Mid-Cap | A | Dividend | K | T | | | | | |
| 139. J. P. Morgan Small Cap Value Fund | A | Dividend | K | T | | | | | |
| 140. J. P. Morgan International Fund | A | Dividend | J | T | | | | | |
| 141. (CAPTION) VANGUARD | | None | | | (Heading) | | | | |
| 142. Growth Index Fund | A | Dividend | J | T | | | | | |
| 143. FIDELITY PORTFOLIO FND. MGR ACCT. (NO CONTROL/ASSET SELEC.) | C | Dividend | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 05/12/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

████████████ I are trustees of an Irrevocable Living Trust created January 19, 1990, by ██████████ for the sole purpose of owning an insurance policy on their lives.

Please note that the funds listed on lines 2 and 3 of Part VII were funds substituted by the Pension Plan and were not noticed last reporting period.

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 05/12/2008 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544